

September 23, 2022 *Reply to St. Paul*

Judge Wilhelmina M. Wright
United States District Court
316 N. Robert Street, Suite 774
St. Paul, MN  55101

Re:   Jason Carlson v. BNSF Railway Company
      Court File No. 19-CV-1232 (WMW/DTS)
      Our File No. 72229

Dear Judge Wright:

Pursuant to the Amended Trial Notice and Final Pretrial Order (Doc. 213) this matter was set for trial beginning Monday, October 24, 2022.  Please be advised that this matter has been resolved and we will file appropriate closing papers as we finalize the settlement.

Very truly yours,

/*s/ R. John Wells*

R. John Wells
Attorney at Law
jwells@hkmlawgroup.com
Attorneys for Defendant

And

*/s/ Paul M. Jossart*
pjossart@jossartlaw.com
Attorney for Plaintiff


4856-3348-8436, v. 1

| | | | | |
|---|---|---|---|---|
| Minnesota Office | 30 East 7th Street, Suite 3200 | Saint Paul, MN 55101 4919 | P 651 227 9411 | F 651 223 5199 |
| North Dakota Office | 220 N. 4th Street, Box 1776 | Bismarck, ND 58502 1776 | P 701 751 6300 | F 651 223 5199 |
| Wisconsin Office | 1810 Crest View Drive, Suite 2B | Hudson, WI 54016 9336 | P 715 246 3910 | F 651 223 5199 |

www.hkmlawgroup.com                                                                                   A Professional Association