## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JASON CARLSON,<br><br>              Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>              Defendant. | Court File No. 19-CV-01232-WMW-ECW<br><br><br><br>**JOINT STIPULATION TO DISMISS** |

The above-titled action, having been fully compromised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that said action may be and hereby is dismissed with prejudice, and without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED**, that the Clerk of said court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: October 5, 2022

**JOSSART LAW OFFICE, LLC**

 /s/ Paula M. Jossart
Paula M. Jossart, MN #0295292
200 W. Highway 13, Suite 110
Burnsville, MN 55337
Telephone: 952-777-4277
pjossart@jossartlaw.com

Attorney for Plaintiff

Dated:  October 5, 2022                    **HAWS-KM, P.A.**

 /s/ R. John Wells
Daniel A. Haws, #193501
R. John Wells, #0391414
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
Telephone: 651-227-9411
dhaws@hkmlawgroup.com
jwells@hkmlawgroup.com

Attorneys for Defendant

4884-6349-2661, v. 1

2