UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jason Carlson, | Case No. 19-cv-1232 (WMW/ECW) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| BNSF Railway Company, *a Delaware Corporation*, | |
| Defendant. | |

---

Based upon the joint stipulation to dismiss, (Dkt. 217), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 17, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge